UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

SIMONE ANDREA WALKER                                    CASE NO. 10-14953
                        DEBTOR(S).                      CHAPTER 7

## NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds

and states as follows:

1.      That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this

estate, which should be distributed to creditors thereof.

2.      The following distributions are in an amount under $5.00:

> Claim #8 of Pathology & Forensic
> Account number:  08-42819
> Claimed amount:  $55.00
> Pro rata distribution:  $2.51

### TOTAL AMOUNT OF ALL CLAIMS: $2.51

3.      Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in

the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.      Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to

the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  October 10, 2011                /s/ Mark A. Warsco
                                        Mark A. Warsco, Trustee
                                        P.O. Box 11647
                                        Fort Wayne, IN  46859-1647
                                        Telephone:  (260) 469-0256
                                        e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on October 10, 2011:

HOLLY RIPKE
ripkelaw@live.com

Office, U.S. Trustee
USTPREGION10.SO.ECF@USDOJ.GOV

Pathology & Forensic
c/o Snow&Sauerteig
203 E Berry St Ste 1310
Ft Wayne, In 46802

/s/  Mark A. Warsco
Mark A. Warsco, Trustee